IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED SUPREME COUNCIL, 33 DEGREE OF THE ANCIENT AND ACCEPTED SCOTTISH RITE OF FREEMASONRY, PRINCE HALL AFFILIATION, SOUTHERN JURISDICTION OF THE UNITED STATES OF AMERICA, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED SUPREME COUNCIL OF THE ANCIENT ACCEPTED SCOTTISH RITE FOR THE 33 DEGREE OF FREEMASONRY, SOUTHERN JURISDICTION, PRINCE HALL AFFILIATED, *et al.*, <br><br> *Defendants*. | Civil No. 1:16-cv-1103 |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, Defendants' motions to dismiss (Dkt. Nos. 48, 53) are hereby **GRANTED IN PART** and **DENIED IN PART**. Specifically, the motions are **GRANTED** with respect to Counts III, IV, VII and VIII, and those claims are hereby **DISMISSED WITH PREJUDICE**. Defendants' motions are hereby **DENIED** in all other respects. Defendants shall file an answer within 14 days.

It is **SO ORDERED**.

Liam O'Grady
United States District Judge

March 28, 2017
Alexandria, Virginia

1